UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00322-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BENJAMIN ALMANZA-NEVAREZ, a/k/a Hector Robledo-Almanza, a/k/a Ramon Anaya-Munoz,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 1, 2011,** and responses to these motions shall be filed by **Thursday, November 10, 2011.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, November 28, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

    ORDERED that the parties shall promptly notify the Court if a hearing on motions or final trial preparation conference needs to be set.

    Dated:  September 27, 2011.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL
                                    CHIEF U. S. DISTRICT JUDGE