UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00322-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   BENJAMIN ALMANZA-NEVAREZ, a/k/a Hector Robledo-Almanza, a/k/a Ramon
Anaya-Munoz,

        Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        A Change of Plea Hearing is set for **Monday, January 9, 2011 at 1:00 p.m.** in
Courtroom A-1002.   **Counsel for the parties shall deliver all change of plea
documents separately to Judge Daniel's chambers AND to the Probation
Department not later than 72 HOURS before the hearing date.**   If the documents are
not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to
this policy, and sanctions may be imposed for failure to comply.**

        Dated: December 12, 2011